# Court of Appeals
# of the State of Georgia

ATLANTA,  October 27, 2023

*The Court of Appeals hereby passes the following order:*

**A24D0102. WASHINGTON DAVIS v. CITY OF NEW YORK.**

Washington Davis filed a civil action against the City of New York, which the trial court dismissed on May 4, 2023.[1] On September 7, 2023, Davis filed a "petition for a writ of certiorari" in the Supreme Court, which was docketed as an application for discretionary appeal. The Supreme Court transferred the case to this Court. See Case No. S24D0111 (Sept. 20, 2023). We, however, lack jurisdiction.

The order granting the defendant's motions to dismiss is a final judgment, as nothing remains pending in the court below. See OCGA § 5-6-34 (a). Accordingly, the order is subject to direct appeal. See, e.g., *Green Tree Servicing v. Jones*, 333 Ga. App. 184, 184 (1) (775 SE2d 714) (2015). Ordinarily, when a party has a right of direct appeal and files an application for discretionary appeal, we will grant the application. See OCGA § 5-6-35 (j). However, the application for a discretionary appeal must be filed within 30 days of the order being appealed. See OCGA § 5-6-35 (d). Here, Davis filed his application over four months after entry of the order he seeks to appeal. Given that the application is untimely, we are without jurisdiction to consider it. See *Crosson v. Conway*, 291 Ga. 220, 220 (1) (728 SE2d 617) (2012); see also *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989) ("The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an appeal not

---

[1] Davis moved for reconsideration of the trial court's order, and the trial court denied his motion on May 15, 2023. An order resolving a motion for reconsideration is not itself a directly appealable judgment. See *Ferguson v. Freeman*, 282 Ga. 180, 181 (1) (646 SE2d 65) (2007); *Bell v. Cohran*, 244 Ga. App. 510, 510 (536 SE2d 187) (2000).

made in compliance therewith."). Accordingly, this application is hereby DISMISSED.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta,___10/27/2023_____

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.